### Ollie BROOKS v. STATE.
#### No. 17820.

Court of Criminal Appeals of Texas.
June 19, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, three years in the penitentiary.

There are no bills of exception in the record. The facts are very short, and are ample to show that appellant and another burglarized a dental office in the city of Lampasas and secured therefrom a quantity of dental gold, which was later sold by them.

Finding no error in the record, the judgment will be affirmed.

### Nellie Mae BRYANT v. STATE.
#### No. 17652.

Court of Criminal Appeals of Texas.
June 12, 1935.

John D. Coffman, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft, a misdemeanor, is the offense; penalty assessed at confinement in the county jail for ninety days.

The information appears regular. The record is before this court without statement of facts or bills of exception. No error has been perceived or pointed out.

The judgment is affirmed.

### Tommie BRYANT v. STATE.
#### No. 17779.

Court of Criminal Appeals of Texas.
June 12, 1935.

John D. Coffman, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for robbery; punishment, twenty-five years in the penitentiary.

We find accompanying this record an affidavit in proper form asking that this appeal be dismissed. The request is granted.

The appeal is dismissed.

### G. L. COMPTON v. STATE.
#### No. 17677.

Court of Criminal Appeals of Texas.
June 12, 1935.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for robbery; punishment, five years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment is affirmed.